# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

AMY DENISE MCBRYDE                                               PLAINTIFF

v.                              No. 4:22-cv-572-DPM

KILOLO KIJAKAZI, Commissioner,
Social Security Administration                                   DEFENDANTS

## ORDER

McBryde has objected to the Magistrate Judge's recommendation, so the Court has reviewed the Commissioner's decision *de novo*. Fed. R. Civ. P. 72(b)(3). The ALJ's opinion is thorough. He considered all of the medical records and expert testimony to assess McBryde's health. He appropriately weighed McBryde's testimony and credibility. And although McBryde provided a post-hearing letter from her long-time treating doctor as additional evidence, the letter does not provide objective medical evidence confirming that she was disabled during late December 2019. 20 C.F.R. § 404.1520(a)(4)(ii) & § 404.1521. Substantial evidence on the record as a whole supports the ALJ's decision; and the Court sees no error of law. *Wright v. Colvin*, 789 F.3d 847, 852 (8th Cir. 2015). Objections, *Doc. 23*, overruled. Recommendation, *Doc. 20*, adopted. The Court will dismiss McBryde's complaint with prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

9 May 2023